473 A.2d 667

Commonwealth v. Free, Appellant.
Petition for Allowance of Appeal
Granted Aug. 9, 1984.

Submitted November 7, 1983. Judith A. Calkin, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order reversed. Case remanded for proceedings consistent with this opinion. Jurisdiction is relinquished.

POPOVICH, J., filed a memorandum dissenting opinion.

473 A.2d 667

Commonwealth v. Garrett, Appellant.

Submitted October 24, 1983. Joseph Scott O'Keefe, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.